Judson L. Hand, Esq.
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102
(973) 274-3200
Attorneys for Defendant
Datamars SA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: SUBPOENA FOR DEPOSITION TESTIMONY AND SUBPOENA DUCES TECUM TO SCHERING PLOUGH ANIMAL HEALTH CORPORATION | Civil Action No.: 07-CV-00389<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that, as the parties have resolved their differences in the within action, all pending motions by the parties shall be and are hereby withdrawn and said action shall be and hereby is dismissed in its entirety with prejudice and on the merits and without costs to any of the parties.

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

By: _____
Stephen R. Buckingham

Attorney for Movant,
Schering Plough Animal Health Corporation

Dated: 6/11, 2007

PROSKAUER ROSE LLP
One Newark Center, 17th Floor
Newark, New Jersey 07102
(973) 274-3200

By: _____
Judson L. Hand

Attorney for Defendant,
Datamars SA

Dated: 6/12, 2007

IT IS SO ORDERED:

Dated: ___6/13___, 2007

_____
Stanley R. Chesler, U.S.D.J.